IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

```
MOTION:
Granted    ✓
Denied    _____
Overruled _____
Date
/s/ [signature] 4/22/09
```

LISA M. VERMIGLIO and  )
THERESA ANDREWS,       )
                       )
    Plaintiffs,        )
                       )
vs.                    )   Cause No. 4:07-cv-00282-TCM
                       )
GROUP HEALTH PLAN, INC. )
                       )
    Defendant.         )

## VERIFIED MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Judy L. Cates, move to be admitted pro hac vice to the bar of this court for the purpose of representing Richard P. Stamer, Jr., a member of the Settlement Class in the above-case. In support of this motion, I submit the following information as required by Rule 12.01(E):

(a) Judy L. Cates;

(b) 216 West Pointe Drive, Suite A, Swansea, Illinois 62226, telephone 618-277-3644, fax 618-277-7882;

(c) The Cates Law Firm, L.L.C.;

(d) Washington University School of Law, December 23, 1977;

(e) Illinois Bar, 1978, #00414743; Florida Bar, 1979, #0281271; Missouri Bar, 1984, #34196; United States District Court - Southern District of Illinois, 1982; United States District Court – Northern District of Illinois, 2001; U. S. Court of Appeals, 7th Circuit, 2002; and U. S. Court of Appeals, 11th Circuit, 2003;