IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

LISA M. VERMIGLIO, et al.

    Plaintiffs,

v.

GROUP HEALTH PLAN, INC.

    Defendant.

Case No.: 4:07-cv-00282 TCM

MOTION:
Granted ✓
Denied
Overruled
Date 5/13/09

## PLAINTIFFS' MOTION AND MEMORANDUM IN SUPPORT OF LEAVE TO FILE MEMORANDUM FOR FINAL APPROVAL IN EXCESS OF 15 PAGES

COMES NOW Plaintiffs and for their motion state as follows:

Plaintiffs respectfully request leave to file the accompanying Motion for and Memorandum in Support of Final Approval of Class Action Settlement, and Award of Attorney's fees and Incentive Awards. The Memorandum is approximately 30 pages in length. Plaintiff requires the additional pages in order to adequately brief the final issues in this case, including a responsive to the objections lodged by Objector, Richard Stamer through his attorney, Judy Cates.

WHEREFORE, Plaintiffs respectfully requests leave to file additional pages and for any additional orders that this Court deems just and proper.