
IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LISA M. VERMIGLIO et al. ) | |
| Plaintiffs, ) | |
| vs. ) | Cause No.: 4:07-cv-00282-TCM |
| GROUP HEALTH PLAN, INC. ) | |
| Defendant. ) | |

MOTION: Granted ✓ / Denied ___ / Overruled ___
Date [signature] 5/13/05

## DEFENDANT'S MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT AND MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES

COMES NOW Defendant Group Health Plan, Inc. ("GHP") and for its Motion for Final Approval of Class Settlement Agreement, pursuant to Fed. R. Civ. P. 23(e), and its motion for leave to file Memorandum in excess of 15 pages, pursuant to E.D. Mo. Local Rule 7-4.01(D), states as follows:

1. On February 27, 2009, this Court entered its Order Granting Preliminary Approval of Class Settlement Agreement, Approving the Form and Manner of Notice, and Setting Final Fairness Hearing ("Preliminary Approval Order"). GHP now respectfully moves the Court to enter an order granting final approval of the Class Settlement Agreement.

2. GHP incorporates herein its Motion for Approval of Class Settlement Agreement and its Memorandum in Support of its Motion for Approval of Class Settlement Agreement, filed on February 11, 2009, as well as all exhibits thereto.

3. GHP has provided Notice to the Class and Subclass, as set forth in the Court's Preliminary Approval Order.